No. 2,096.

HIMMELMAN *v.* BYRNE *et al.*

WALLACE, J., rendered the opinion of the Court, CROCKETT, J., and TEMPLE, J., concurring.

The judgment and order denying a new trial are reversed and cause remanded, upon the authority of *Chambers* v. *Satterlee.*

By RHODES, C. J.: I dissent.